UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEVIN JESUS VILLARREAL, an Enfranchised Living Soul,

    Plaintiff,

v.                                              Case No.: 2:25-cv-7-SPC-KCD

JOE BIDEN, *et al.*,

    Defendants.
_____/

## OPINION AND ORDER

This matter comes before the Court on a *sua sponte* review of the file. Plaintiff, a non-prisoner who is proceeding pro se, moved to proceed in forma pauperis ("IFP"). (Doc. 2). The Court denied the motion because it failed to comply with the requirements of 28 U.S.C. § 1915. (Doc. 4). The Court ordered Plaintiff to either pay the filing fee or move to proceed IFP with proper supporting affidavits by February 10, 2025, and warned him that failure to do so would result in this action being dismissed without further notice. (*Id.*) This deadline has come and gone, and Plaintiff has not complied with the Court's Order. Thus, his case is dismissed without prejudice. *See Myers v. City of Naples, Fla.*, No. 23-13073, 2024 WL 4691100, at *2 (11th Cir. Nov. 6, 2024) (affirming the dismissal of an unrepresented, non-prisoner litigant's complaint for failure to contemporaneously pay the filing fee or move IFP); *Hargrove v.*

*Tyndall Fed. Credit Union*, No. 5:19-CV-238-TKW/MJF, 2019 WL 5927740, at *2 (N.D. Fla. Oct. 22, 2019), *report and recommendation adopted*, 2019 WL 5902152 (Nov. 12, 2019) (dismissing case for failure to pay filing fee or move IFP after initial IFP motion was denied).

Accordingly, it is now

**ORDERED:**

1. This action is **DISMISSED** without prejudice.

2. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on February 18, 2025.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record